| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:23CR00312 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Gonzalez [address redacted] | Eastern District of Pennsylvania | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Mark A. Kearney | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/21/2023 — TO 03/20/2026 |

**OFFENSE**
18:2113(a) Bank Robbery (Count 1).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
In keeping with the recommendation of the Judicial Conference, to effectively address any future noncompliance. Mr Gonzalez has no desire to return to the Eastern District of Pennsylvania.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **EASTERN**   DISTRICT OF   **PENNSYLVANIA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   **Middle District of Pennsylvania**   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_[signature]_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **MIDDLE**   DISTRICT OF   **PENNSYLVANIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 4, 2024
*Effective Date*

/s/ Christopher C. Conner
*United States District Judge*

1